**Defendant.**

On May 18, 2016, the Defendant's suspended sentence was revoked for violating the terms of his suspended sentence. The Court entered the following Amended Judgment and Commitment: <u>Count I</u>: A Commitment to the Montana State Prison for a term of six (6) years, for the offense of Criminal Distribution of Dangerous Drugs (marijuana), a Felony, in violation of §45-9-101, MCA; and <u>Count II</u>: A Commitment to the Montana State Prison for a term of six (6) years, for the offense of Criminal Distribution of Dangerous Drugs (marijuana), a Felony, in violation of §45-9-101, MCA, to run concurrently with Count I. The Court granted credit for time served prior to sentencing for the following: December 26, 2014 – April 19, 2015; August 19, 2015 – December 9, 2015 (time in boot camp); January 8, 2016 – May 18, 2016.

On November 17, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant appeared by Vision Net from the Dawson County Correctional Facility and was represented by Brent Getty of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence is **AFFIRMED**.

Done in open Court this 17th day of November, 2016.

DATED this 12th day of December, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. John Warner, Member.

**Montana Nineteenth Judicial District Court.**
**County of Lincoln.**

STATE OF MONTANA,
    Plaintiff,                          CAUSE NO. DC-15-037
-vs-                                   DECISION
JON QUINTON LEGAN,
    Defendant.

On August 22, 2016, the Court revoked the Defendant's deferred sentence and sentenced him to a commitment to the Montana Department of Corrections for a period of ten (10) years with five (5) years suspended, for the offense of Aggravated Assault, a Felony, in violation of §§45-5-202, 46-1-401, and 46-18-221, MCA. The Court granted the Defendant credit in the amount of 122 days time served by reason of prior incarceration. The Court ordered the Defendant pay restitution in the amount of $28,200.00 + 10% administration fee. It was ordered that during the period of time sentence is suspended, Defendant is subject to the conditions set forth by the Department of Corrections as well as the terms and conditions of probation imposed in the Judgment of August 22, 2016.

On November 18, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present having been transported from START and was represented by Peter Ohman of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence is **AFFIRMED**.

Done in open Court this 18th day of November, 2016.

DATED this 8th day of December, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. Kathy Seeley, Member.

**Montana Twenty-First Judicial District Court.**
**County of Ravalli.**

STATE OF MONTANA,
    Plaintiff,                            CAUSE NO. DC-15-177
-vs-                                      DECISION
RYAN JAMES LEWIS,
    Defendant.

On May 11, 2016, the Court sentenced the Defendant as follows: <u>Charge I</u>: A commitment to a prison operated by the Montana Department of Corrections